Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. Stanley Karmel, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. William Lupo, Appellant.—

Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

The People of the State of New York, Respondent, v. Dominick Mangione, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.